594

Emil HRABAK v. Fred E. HUMMEL, Trustee for Monark Motor Freight System, Incorporated, a Bankrupt, Appellant.

No. 8572.

Circuit Court of Appeals, Third Circuit.

Argued May 5, 1944.

Decided May 8, 1944.

Ward C. Henry, of Philadelphia, Pa. (Swartz, Campbell & Henry, of Philadelphia, Pa., on the brief), for appellant.

Philip A. Campbell, of Philadelphia, Pa. (Frey & Campbell, of Philadelphia, Pa., on the brief), for appellee.

Before JONES and GOODRICH, Circuit Judges, and GANEY, District Judge.

PER CURIAM.

The judgment of the District Court, 55 F.Supp. 775, is affirmed on the opinion of Judge Bard.

H. R. CULLEN, Transferee, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent (four cases). Katherine T. CULLEN, Transferee, Petitioner, v. SAME.

ESTATE of Harry HOLMES, Deceased, Lucy B. Holmes, Executrix, Transferee, Petitioners, v. SAME.

Harry HOLMES, Jr., John B. Holmes, and Thomas J. Holmes, Successor Trustees, Transferees, Petitioners, v. SAME.

Nos. 10899–10905.

Circuit Court of Appeals, Fifth Circuit.

June 27, 1944.

M. K. Eckert, of Washington, D. C., for petitioner in each case.

Joseph S. Platt and Sewall Key, Sp. Assts. to Atty. Gen., Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Claude R. Marshall, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before SIBLEY, HUTCHESON, and LEE, Circuit Judges.

LEE, Circuit Judge.

Petitioners are the transferees of the assets of Quintana Petroleum Company, which was dissolved and liquidated in 1938. If Quintana Petroleum Company was liable for the 1937 tax deficiency assessed against it, then petitioners' liability as transferees is conceded. Upon motion and order filed and entered in the record in this case, it is provided that the decision of this Court in the case of Quintana Petroleum Company v. Commissioner of Internal Revenue, 143 F.2d 588, shall be the decision in each of these cases, but that separate judgments shall be entered.

Upon the authority of Quintana Petroleum Company v. Commissioner of Internal Revenue, 5 Cir., 143 F.2d 588, the decisions of the Board of Tax Appeals, 44 B. T.A. 624, are affirmed.